THOMAS O'CONNOR, as Executor of JOSEPH GUILFOYLE, Deceased, Respondent, *v.* MARGARET DUNNIGAN, as Executrix of MARY N. GUILFOYLE, Deceased, Appellant.

*O'Connor* v. *Dunnigan*, 158 App. Div. 334, affirmed.
(Argued December 4, 1914; decided December 18, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,

entered September 18, 1913, reversing a judgment in favor of defendant entered upon a decision of the court at a Trial Term and directing judgment in favor of plaintiff in an action to determine title to a savings bank deposit.

*L. B. McKelvey, J. W. Atkinson* and *James McPhillips* for appellant.

*John T. Norton* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.